# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED SEPTEMBER 7, 2016

### NO. 03-15-00509-CV

**Alphonso Crutch Life Support Center, Inc., Appellant**

**v.**

**Mike Morath, Commissioner of Education in his Official Capacity; and John Doe and Jane Doe, in their Official Capacities, Appellees**

**APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
VACATED AND DISMISSED FOR WANT OF JURISDICTION --
OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment signed by the trial court on July 10, 2015. Having reviewed the record, it appears that this cause is moot. Therefore, the Court vacates the district court's judgment and dismisses the case for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.